# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWARD YOHMAN, ON BEHALF OF**
**HIMSELF AND OTHERS SIMILARLY**
**SITUATED,**

                  **Plaintiffs,**

**-vs-**                                                        **Case No.  6:07-cv-456-Orl-28KRS**

**HAKAN FINANCE CORP., ISMAIL**
**TUYSUZ,**

                  **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration *sua sponte* based on a review of the docket in this case. On June 19, 2007, the Court entered an order to show cause as to Plaintiff Edward Yohman. Doc. No. 9. The Order noted that Yohman had not applied for entry of default against Defendants Hakan Finance Corp. or Ismail Tuysuz within the time provided by Local Rule 1.07 (b). *Id.* The Court ordered Yohman to show cause as to why "the complaint against the defendants should not be dismissed for failure to prosecute . . . ." *Id.*

      On June 29, 2007, Yohman filed a motion for clerk's default against Hakan Finance Corp. and a response to the Court's order to show cause. Doc. Nos. 10, 11. In his response to the order to show cause, Yohman's counsel acknowledged that he had miscalculated the date upon which the "defendant" was to file its answer and noted that a motion for clerk's default had already been filed.

Do. No. 11. Yohman failed to specify what defendant was being referred to in the response, but presumably it was Hakan Finance, Corp., as that was the defendant to which the motion for clerk's default was directed. Consequently, Yohman's response to the court's order to show case was silent as to Tuysuz. As of the time of writing this Report and Recommendation, Yohman still has not moved for default as to Tuysuz.

Accordingly, based on Yohman's failure to move for the entry of default and to provide any justification as to why he has not done so, I respectfully **RECOMMEND** that Yohman's claims against Tuysuz be **DISMISSED** without prejudice for failure to prosecute pursuant to Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 19, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy