UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD YOHMAN, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY
SITUATED,

          Plaintiffs,

-vs-                                    Case No. 6:07-cv-456-Orl-28KRS

HAKAN FINANCE CORP., ISMAIL
TUYSUZ,

          Defendants.
_____

## ORDER

This case is before the Court on consideration of a *sua sponte* review of the docket in this case by the United States Magistrate Judge. The United States Magistrate Judge has submitted a report recommending that the Plaintiff's claims against Defendant Ismail Tuysuz be dismissed without prejudice for failure to prosecute and failure to comply with a pretrial order of the Court (Doc. 13).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 20, 2007 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's claims against Defendant Ismail Tuysuz are **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party