**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWARD YOHMAN, ON BEHALF OF**
**HIMSELF AND OTHERS SIMILARLY**
**SITUATED,**

                      **Plaintiffs,**

**-vs-**                                      **Case No. 6:07-cv-456-Orl-28KRS**

**HAKAN FINANCE CORP., ISMAIL**
**TUYSUZ,**

                      **Defendants.**

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause comes before the Court on its own initiative. On March 15, 2007, Plaintiff Edward Yohman filed a complaint against Defendants Hakan Finance Corp. (Hakan) and Ismail Tuysuz as a collective action alleging violations of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and breach of contract. Doc. No. 1. Yohman's claims against Tuysuz were dismissed without prejudice on August 9, 2007, due to failure to prosecute the case as to Tuysuz. Doc. Nos. 13, 14.

Yohman purportedly served Hakan with process on March 26, 2007. Thereafter, at Yohman's request, the Clerk of Court entered a default against Hakan. Doc. Nos. 10, 12. Yohman then filed a motion for the entry of final judgment. Doc. No. 17.

On November 1, 2007, the Court issued an Order to Show Cause requiring Yohman to show why service of process was proper as to Hakan, or to show cause why the case should not be dismissed for failure to effect service of process within the time permitted by Federal Rule of Civil Procedure

4(m).  Doc. No. 19.  Yohman responded to the Order to Show Cause, acknowledging that service of process was not properly effected, and requested additional time to effect service.  Doc. No. 20.

Based on Yohman's response, the Court vacated the default entered by the Clerk of Court.  The Court further ordered Yohman to serve Hakan on or before December 14, 2007, or show cause in writing why the case should not be dismissed for failure of prosecution.  Doc. No. 21.  As of the time of writing this Report and Recommendation, Yohman has not filed proof of service as to Hakan or shown cause why the case should not be dismissed for failure of prosecution.

Accordingly, based on Yohman's failure to comply with the Court's order or provide any justification for not doing so, I respectfully **RECOMMEND** that Yohman's claims against Hakan be **DISMISSED** without prejudice for failure to prosecute pursuant to Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court pursuant to Federal Rule of Civil Procedure 16(f).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 21, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy