# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EDWARD YOHMAN, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY
SITUATED,

                **Plaintiffs,**

-vs-                                  **Case No.  6:07-cv-456-Orl-28KRS**

HAKAN FINANCE CORP.,  ISMAIL
TUYSUZ,

                **Defendants.**

---

## ORDER

     The United States Magistrate Judge has submitted a Report and Recommendation (Doc. 22) recommending that Plaintiff's claims against Defendant Hakan Finance Corp.  be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court pursuant to Federal Rule of Civil Procedure 16(f).

     After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

     1.    That the Report and Recommendation filed December 21, 2007 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's claims against Defendant Hakan Finance Corp. are **DISMISSED**

**without prejudice**.

3.      All pending motions are **DENIED as moot.**

4.      The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 2__ day of January,

2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party